UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-279-MOC

| | |
|---|---|
| JOHN WILLIS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on counsel for Plaintiff's Motion for Attorney's Fees under 42 U.S.C. § 406(b) in the amount of $4,801.75. (Doc No. 25). Having considered the Motion, Doc. No. 25, and the Commissioner's response, Doc. No. 27, which does not oppose it, the Court finds that the requested amount is reasonable and enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's counsel is awarded fees under 42 U.S.C. § 406(b) in the amount of $27,821.37, and, if applicable, ordered to refund to Plaintiff the smaller award between this amount and the amount counsel previously received under the EAJA.

Signed: June 9, 2023

Max O. Cogburn Jr
United States District Judge

1